FILED
2018 JUL 19 AM 10: 54

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JUAN VEGA, on Behalf of Himself and on Behalf of All Others Similarly Situated | § § § | |
| Plaintiff, | § § § | CIVIL ACTION NO. 1:17-CV-49-LY |
| V. | § § | |
| POINT SECURITY, LLC DBA POINT SECURED, LLC, BRIAN FITCH, AND TODD FITCH, | § § § § | |
| Defendants. | § § | |

### AGREED ORDER APPROVING FLSA SETTLEMENT AND STIPULATION OF DISMISSAL OF LAWSUIT WITH PREJUDICE

BEFORE THE COURT is the Parties' Joint Motion for Approval of FLSA Settlement and Stipulation of Dismissal of Lawsuit with Prejudice. Plaintiff Juan Vega on Behalf of Himself and on Behalf of All Others Similarly Situated and Point Security, LLC DBA Point Secured, LLC, Brian Fitch, and Todd Fitch (collectively the **"Parties"**) have arrived at a settlement and have requested Court approval of their settlement agreement. The Court has reviewed the proposed settlement agreement and finds the settlement of this action is fair to all parties, reasonably resolves a bona fide disagreement between the Parties concerning the merits of the claims asserted in this action, and demonstrated a good faith intention by the Parties to fully and finally resolve all claims asserted. Accordingly, the Court hereby enters **FINAL JUDGMENT** in this case and **ORDERS** the case be **CLOSED.**

It is therefore **ORDERED** that the Parties' Joint Motion for Approval of FLSA Settlement and Stipulation of Dismissal of Lawsuit with Prejudice is hereby **GRANTED and** related settlement agreement is **APPROVED.**

It is further **ORDERED** that any pending motions are **DENIED** as moot.

It is finally **ORDERED, ADJUDGED,** and **DECREED** that all of Plaintiff's claims against Defendants are hereby **DISMISSED WITH PREJUDICE**, with costs of court and attorneys' fees being assessed against the Party incurring same, except as otherwise provided in the settlement agreement.

It is so **ORDERED.**

SIGNED this  19th  day of  July , 2018.

JUDGE PRESIDING