IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



| | | |
|---|---|---|
| JUAN VEGA, ON BEHALF OF | § | |
| HIMSELF AND ON BEHALF OF ALL | § | |
| OTHERS SIMILARLY SITUATED, | § | |
| PLAINTIFF, | § | |
| | § | CAUSE NO. A-17-CV-049-LY |
| V. | § | |
| | § | |
| POINT SECURITY, LLC DBA POINT | § | |
| SECURED, LLC; BRIAN FITCH, AND | § | |
| TODD FITCH, | § | |
| DEFENDANTS. | § | |

## FINAL JUDGMENT

Before the court is the above entitled cause. On this date, the court rendered the parties'

Agreed Order Approving FLSA Settlement and Stipulation of Dismissal of Lawsuit with Prejudice.

Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil

Procedure 58.

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this _19th_ day of July, 2018.


LEE YEAKEL
UNITED STATES DISTRICT JUDGE